UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIAN WASHINGTON | CIVIL ACTION |
| VERSUS | NO. 25-649 |
| ST. TAMMANY PARISH JAIL, ET AL. | SECTION "T" (2) |
| | Applies to: ALL CASES |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Brian Washington's 42 U.S.C. §1983 complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this   27th   day of   January  , 2026.

*Greg Gerard Guidry*
**UNITED STATES DISTRICT JUDGE**